UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-1 MOHAMED KAZKAZ,
D-2 ZIAD KHALEL,
D-3 Dr. MUSTAFA ABDUL-KARIM HARES,
D-4 GAMELA ALI,
D-5 GERALDINE LETMAN,

    Defendants.
_____/

CRIMINAL NO. 23-CR-20022

HON GEORGE CARAM STEEH

## GOVERNMENT'S MOTION, SUPPORTING BRIEF AND ORDER TO UNSEAL SECOND SUPERSEDING INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Second Superseding Indictment and Arrest Warrants, in this case, and states:

1. The Second Superseding Indictment and Arrest Warrants in this case charges the Defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments and arrest warrants, implicitly authorizes this Court to unseal indictments and arrest warrants.

3. The government requests that the Second Superseding Indictment and Arrest Warrants be unsealed because defendants have been arrested or appearing voluntarily and are entitled to receive a copy of the Second Superseding Indictment and Arrest Warrants.

WHEREFORE, the government requests this Court to issue an order unsealing the Second Superseding Indictment and Arrest Warrants.

> Respectfully submitted,
>
> DAWN N. ISON
> United States Attorney
>
> s/Regina R. McCullough
> Regina R. McCullough  P64936
> Assistant United States Attorney
> Chief, Health Care Fraud Unit
> 211 W. Fort Street, Suite 2001
> Detroit, MI  48226
> regina.mccullough@usdoj.gov
> (313) 226-9618

Dated:  May 4, 2023

**IT IS SO ORDERED.**

> s/Kimberly G. Altman
> HON KIMBERLY G. ALTMAN
> United States Magistrate Judge

Entered:  May 4, 2023